990 So.2d 621 (2008)
Harold RODRIGUEZ, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-1806.
District Court of Appeal of Florida, Third District.
September 3, 2008.
Bennett H. Brummer, Public Defender, and Harvey J. Sepler, Assistant Public Defender, for appellant.
Bill McCollum, Attorney General, and Juliet S. Fattel, Assistant Attorney General, for appellee.
Before SUAREZ and ROTHENBERG, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Williams v. State, 110 So.2d 654 (Fla.), cert. denied, 361 U.S. 847, 80 S.Ct. 102, 4 L.Ed.2d 86 (1959); Young v. State, 601 So.2d 636 (Fla. 4th DCA 1992), rev'd on other grounds, Lewis v. State, 623 So.2d 1205 (Fla. 4th DCA 1993); State v. Ackers, 599 So.2d 222 (Fla. 5th DCA 1992), rev. denied, 614 So.2d 494 (Fla.1993).